STATE *vs.* ALFRED BELANGER.

York.      Opinion September 24, 1928.

*Perley H. Ford,* County Attorney for the State.
*Henry Cleaves Sullivan,* for respondent.

SITTING: WILSON, C. J., PHILBROOK, DUNN, BARNES, PATTAN-
GALL, JJ.

WILSON, C. J.   The respondent was tried on a complaint for
transporting intoxicating liquors without a federal permit and
found guilty.  At the close of the state's testimony without offering
any evidence in defense the respondent moved that the jury be
directed to bring in a verdict of not guilty, which motion was
denied and exceptions taken.

Counsel for respondent also took exceptions to certain portions
of the charge of the presiding justice.  He presents a bill of ex-
ceptions to this Court, setting forth the fact that exceptions were
taken and referring to the transcript of the charge and the evi-

dence for the basis of the exceptions, which are not made a part of the bill of exceptions, though presented with it.

The essential requirements of a bill of exceptions have been so often pointed out by this Court that it appears to have become a case of wasted effort to further stress them. At least it must in itself show in what respect the excepting party was aggrieved. *Jones* v. *Jones*, 101 Me., 447, 451.

This case requires no further consideration than to say that neither the bill of exceptions nor the record presented, if made a part, discloses that the respondent was aggrieved by the rulings of the Court. There was abundant evidence from which, unexplained, a jury might infer guilty knowledge which was the only issue involved. There was no error of law in the parts of the Judge's charge to which counsel objected.

*Exceptions overruled.*
*Judgment for the state.*